# Court of Appeals
# of the State of Georgia

ATLANTA, September 19, 2014

*The Court of Appeals hereby passes the following order:*

**A14A2127. FAMILY PRACTICE OF ATLANTA, LLC v. WELLS FARGO PRACTICE FINANCE.**

Appellant Family Practice of Atlanta, LLC brings this appeal from an order granting Wells Fargo Practice Finance's motion for summary judgment in its action to foreclose on some of appellant's personal property, including accounts and chattel paper. On August 15, 2014, this Court granted appellant's request for an extension of time such that its brief was due on September 2, 2014. As of September 15, 2014, however, appellant had neither filed a brief nor asked for an additional extension of time to do so. This appeal is therefore DISMISSED. See Rule 23 (a) (failure to file a brief within the allotted time "may result in the dismissal of the appeal").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/19/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*